UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TASHA KOONTZ and MICHAEL KOONTZ, husband and wife,<br><br>   Plaintiffs,<br><br>vs.<br><br>SJ HOSPITALITY, LLC, a Washington limited liability company,<br><br>   Defendant. | NO. 2:15-CV-00340-JLQ<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS LAWSUIT, DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE |

   BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Lawsuit (ECF No. 8) wherein the parties agree to the dismissal of the action with prejudice. The parties agree that no costs or attorneys' fees should be awarded.

   **IT IS HEREBY ORDERED**:

   1.   The Stipulated Motion to Dismiss Lawsuit (ECF No. 8) is **GRANTED**.

   2.   The Telephonic Scheduling Conference set for January 28, 2016 (ECF No. 7) is **STRICKEN**.

   3.   The Clerk is directed to enter judgment of dismissal of the Complaint (ECF No. 1-1) and the claims therein **WITH PREJUDICE** and without costs or attorneys' fees awarded to any party.

   **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order, enter Judgment, furnish copies to counsel, and close this file.

   **DATED** this 30th day of December, 2015.

                     s/ Justin L. Quackenbush
                  JUSTIN L. QUACKENBUSH
               SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1