# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TASHA KOONTZ and MICHAEL KOONTZ, husband and wife, <br> *Plaintiff* <br> v. <br> SJ HOSPITALITY, LLC, a Washington limited liability company, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:15-cv-00340-JLQ <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Stipulated Motion to Dismiss Lawsuit (ECF No. 8) is granted. The Complaint (ECF No. 1-1) is dismissed with prejudice and without costs or attorney's fees awarded to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 12/31/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen